IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS ACOSTA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 14-1859 |
| | : | |
| EAST PENN MANUFACTURING | : | |
| COMPANY, INC., et al. | : | |

## ORDER

AND NOW, this 30th day of September, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED:

(1) Defendant East Penn Manufacturing Company, Inc.'s (East Penn) Partial Motion to Dismiss Plaintiff's Hostile Work Environment Claim in the "Amended" Complaint (Document 17) is GRANTED. Plaintiff Jesus Acosta's hostile work environment claim is dismissed with prejudice.

(2) East Penn's Motion for Summary Judgment (Document 26) is GRANTED. Judgment is entered in favor of East Penn on all claims in Acosta's Amended Complaint.

(3) East Penn's Motion to Dismiss for Failure to Comply with the Court's Order (Document 31) is DISMISSED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.